# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 07-00080-KD** |
| ) | |
| **MICHAEL ALMS,** ) | |
| ) | |
|     **Defendant.** ) | |

## ORDER

    This matter is before the court on the letter of defendant Michael Alms wherein he requests a modification of the terms of his supervised release. Defendant asks the court to allow him to stay at his residence on home confinement instead of reporting to the Residential Re-entry Center in Spanish Fort, Alabama to begin serving the first six months of supervised release. The United States objects on basis that defendant's request does not identify any relevant conditions different from the circumstances in existence at the time his sentence was imposed and that the sentence imposed meets the sentencing objectives of punishment, deterrence and incapacitation.

    The court has considered defendant's request and the United States' response. However, defendant's request to modify the terms of his supervised release is **DENIED**. The sentence previously imposed addresses the seriousness of defendant's offense and meets the sentencing objectives of promoting respect for the law, providing punishment, affording adequate deterrence, protecting the public and providing defendant with the necessary support system as he makes the transition from prison. See 18 U.S.C. § 3553(a).

    The Clerk of the Court is **directed** to mail a copy of this order to the defendant.

    **DONE** and **ORDERED** this 20th day of March, 2009.

    **s/ Kristi K. DuBose**
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**